PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AARON GEORGE, ) | |
| ) | CASE NO. 1:15CV1222 |
| Petitioner, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | |
| TOM SCHWEITZER,[1] Warden, ) | |
| ) | **MEMORANDUM OF OPINION** |
| Respondent. ) | **AND ORDER** |

*Pro Se* Petitioner Aaron George filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) alleging four (4) grounds for relief which challenge the constitutional sufficiency of his convictions and sentence in Cuyahoga County, Ohio Court of Common Pleas Case No. CR-13-571620-A. Petitioner was sentenced to a six-year prison term on the kidnapping charge to run consecutive to a three-year term for the firearm specification. The court also imposed a six-year term on the improper discharge count, a three-year term on the having weapons while under disability charge, and a one-year term on the obstructing official business charge. All counts were ordered to be served concurrently. The case was referred to Magistrate Judge Kathleen B. Burke for a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). On February 28, 2017, the magistrate judge issued a Report &

---

[1] According to Petitioner, *see* ECF No. 9, and the Ohio Department of Rehabilitation and Correction website (http://odrc.drc.ohio.gov/OffenderSearch/Search.aspx (last visited March 31, 2017)), Petitioner is now confined at the Lebanon Correctional Facility. The Warden of that institution, Tom Schweitzer, is ordered substituted for Margaret Bradshw, Warden.

(1:15CV1222)

Recommendation (ECF No. 10). In her Report, the magistrate judge recommends that the Court deny Grounds One and Three on the merits and dismiss Grounds Two and Four as not cognizable on federal habeas review and/or are procedurally defaulted.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service, but neither party has filed any such objections. Therefore, the Court must assume that the parties are satisfied with the Magistrate Judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report & Recommendation of the Magistrate Judge is hereby adopted. Aaron George's Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

 March 31, 2017                      */s/ Benita Y. Pearson*
Date                                Benita Y. Pearson
                                      United States District Judge